954 F.2d 266
 Mr. & Mrs. Henry PLAISANCE, Jr., Plaintiffs-Appellants,
v.
TEXACO, INC., et al., Defendants-Appellees.
 No. 90-3183.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 11, 1992.
 
 Joseph J. Weigand, Jr., Weigand, Weigand & Meyer, Houma, La., for plaintiffs-appellants.
 David E. Faure and John D. Fitzmorris, Jr., New Orleans, La., for Texaco.
 J. Ralph White and Robert B. Acomb, Jr., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for Crosby Marine.
 Appeal from the United States District Court for the the Eastern District of Louisiana; A.J. McNamara, Judge.
 (Opinion August 9, 1991, 5 Cir., 1991, 937 F.2d 1004)
 Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, E. GARZA and DeMOSS, Circuit Judges.*
 
 BY THE COURT:
 
 1
 A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,
 
 
 2
 IT IS ORDERED that this case shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.
 
 
 
 *
 Judge Duhe is recused, and therefore did not participate in this decision